FILED
2025 Apr-28  AM 11:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT** | ) | |
| **OPPORTUNITY COMMISSION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.** |
| | ) | |
| **v.** | ) | **4:25-cv-00089-SGC** |
| | ) | |
| **TCI OF ALABAMA, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to <u>Federal Rules of Civil Procedure</u>, Rule 7.1, Defendant TCI of Alabama, LLC ("TCI") submits its Corporate Disclosure Statement.  TCI certifies it does not have any parent, subsidiary or affiliate companies that are publicly held or that own more than ten percent (10%) of TCI's stock.

DATED:  April 28, 2025.

Respectfully submitted,

By: /s **Taffi S. Stewart**
Taffi S. Stewart, Esq. (ASB-0450-M72T)
*Attorney for Defendant TCI of Alabama, LLC*

**OF COUNSEL:**
LLOYD, GRAY, WHITEHEAD & MONROE, P.C.
880 Montclair Road, Suite 100
Birmingham, Alabama 35213
Phone: (205) 967-8822
Fax: (205) 967-2380
tstewart@lgwmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2025, a true and correct copy of the foregoing has been furnished either through the Court's electronic filing or by U.S. Mail, postage prepaid, upon the following parties and other relevant individuals:

Christopher Lage, Esq.
Gwendolyn Young Reams, Esq.
Marsha Lynn Rucker, Esq.
Equal Employment Opportunity Commission
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 651-7045
Christopher.lage@eeoc.gov
Gwendolyn.reams@eeoc.gov
Marsha.rucker@eeoc.gov
*Attorneys for Plaintiff*

/s **Taffi S. Stewart**
OF COUNSEL

2

4931604_1