IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) TCI OF ALABAMA, LLC, ) ) Defendant. ) | CIVIL ACTION NO. 4:25-cv-00089-CLM OPPOSED |

**PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S MOTION TO DISMISS AMENDED THIRD-PARTY COMPLAINT**

Plaintiff United States Equal Employment Opportunity Commission ("EEOC"), pursuant to Fed. R. Civ. P. 12, respectfully moves this Court to dismiss Defendant/Third-Party Plaintiff TCI of Alabama, LLC's ("TCI") Amended Third-Party Complaint (Doc. 23) for failure to state a claim upon which relief can be granted and lack of subject matter jurisdiction. In support of its Motion, the EEOC shows the Court as follows:

1. On May 12, 2025, TCI filed a Third-Party Complaint (Doc. 14) in which it purported to assert claims arising under Title VII against Third-Party Defendants Onin Staffing, LLC, Personnel Staffing, Inc., and WorkSmart, Inc. (collectively, "Third-Party Defendants").

2. On June 2, 2025, the EEOC filed a motion to strike, or in the alternative, motion to dismiss TCI's Third-Party Complaint under Fed. R. Civ. P. 14(a). (Doc. 16, 17).

3. On June 18, 2025, TCI filed an Amended Third-Party Complaint in which it stated a claim for breach of contract arising from Third-Party Defendants' alleged contractual indemnification obligations. (Doc. 23, ¶¶ 38, 39).

4. The Amended Third-Party Complaint should be dismissed as contractual indemnification claims are preempted by Title VII and are contrary to the legislative scheme and public policy.

5. Additionally, the Amended Third-Party Complaint should be dismissed for lack of subject matter jurisdiction.

6. The Amended Third-Party Complaint asserts only state law claims over which the Court has no subject matter jurisdiction, and the Court, in its discretion, should not exercise supplemental jurisdiction over the third-party claims.

7. Contemporaneously with the filing of this Motion, the EEOC is filing a supporting Memorandum of Law.

WHEREFORE, the EEOC respectfully requests the Court enter an Order dismissing the Amended Third-Party Complaint, with prejudice.

DATED: July 16, 2025.

Respectfully submitted,

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, Alabama 35205

Marsha L. Rucker
Regional Attorney
Pa. Bar No. 90041
marsha.rucker@eeoc.gov
(205) 651-7045

Bryan A. Grayson
Assistant Regional Attorney
Ala. Bar No. ASB-8944-N65G
bryan.grayson@eeoc.gov
(205) 651-7073

*/s/ Alysia D. Franklin*
Alysia D. Franklin
Senior Trial Attorney
Cal. Bar No. 264410
alysia.franklin@eeoc.gov
(205) 651-7016

Gina Pearson
Trial Attorney
Ala. Bar No. ASB-3971-H61J
gina.pearson@eeoc.gov
(205) 651-7049

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Jackson Area Office
Dr. A.H. McCoy Federal Bldg.
Suite 338
100 West Capitol Street
Jackson, Mississippi 39269

Jay Kucia
Trial Attorney
MSB No. 106123
jay.kucia@eeoc.gov
(205) 651-7081

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2025, I filed the foregoing with the Clerk of Court using the CM/ECF system which will electronically send notification of the filing to all attorneys of record.

>  */s/ Alysia D. Franklin*
>  Alysia D. Franklin