FILED
2026 Jul-13 PM 04:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**MIDDLE DIVISION**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION NO. 4:25-cv-00089-CLM** |
| **TCI OF ALABAMA, LLC,** | ) | |
| **Defendant** | ) | |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff, the United States Equal Employment Opportunity Commission and Defendant, TCI of Alabama, LLC, ("the Parties") jointly request that the Court execute and enter the attached proposed Consent Decree and, in support thereof, state the following.

1. The Parties have negotiated the attached and proposed Consent Decree (Exhibit 1) in resolution of the EEOC's claims in the above captioned case.

2. The Parties respectfully request execution and entry of the proposed Consent Decree as its terms constitute an adequate, fair, reasonable, equitable, and just resolution of this matter.

3. The proposed Consent Decree conforms with the Federal Rules of Civil Procedure and is not in derogation of the rights or privileges of any person.

4. Entry of the proposed Consent Decree is in the interest of the Parties, those for whom the EEOC seeks relief, and the public.

DATED: July 13, 2026.

Respectfully submitted,

**Attorneys for Plaintiff:**

Marsha L. Rucker
Regional Attorney
Pa. Bar No. 90041
marsha.rucker@eeoc.gov
(205) 651-7045

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, Alabama 35205

*/s/ Gina Pearson*
Gina Pearson
Trial Attorney
Ala. Bar No. ASB-3971-H61G
gina.pearson@eeoc.gov
(205) 651-7049

Austin T. Russell
Trial Attorney
Ala. Bar No. ASB-6418-S13J
austin.russell@eeoc.gov
(205) 651-7079

Benjamin G. Cain
Assistant Regional Attorney
D.C. Bar No. 1046636
benjamin.g.cain@eeoc.gov
769-487-6907

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Jackson Area Office
Dr. A.H. McCoy Federal Building
100 West Capitol Street, Ste 338
Jackson, Mississippi 39269

Jay Kucia
Trial Attorney
MSB No. 106123
jay.kucia@eeoc.gov
(205) 651-7081

**Attorneys for Defendant:**

LLOYD, GRAY, WHITEHEAD
& MONROE, PC
880 Montclair Road, Ste. 100
Birmingham, AL 35213

*/s/ Taffiny S. Stewart*
Taffiny S. Stewart
ASB-0450-M72T
tstewart@lgwmlaw.com
205-967-8822

Kimbulyn M. Chandler
ASB-4504-C11O
kchandler@lgwmlaw.com
205-967-8822

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2026, I filed the foregoing Joint Motion for Entry of Consent Decree with the Clerk of Court using CM/ECF system which will electronically send notification of the filing to all attorneys of record.

Taffiny S. Stewart
LLOYD, GRAY, WHITEHEAD
& MONROE, PC
880 Montclair Road, Ste. 100
Birmingham, AL 35213
205-967-8822
Tstewart@lgwmlaw.com
Attorney for TCI of Alabama, LLC

Kimbulyn M. Chandler
LLOYD, GRAY, WHITEHEAD
& MONROE, PC
880 Montclair Road, Ste. 100
Birmingham, AL 35213
205-967-8822
kchandler@lgwmlaw.com
Attorney for TCI of Alabama, LLC

*s/Gina E. Pearson*
GINA E. PEARSON